UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

S2 24 CR 715 (PKC)

-against-

ORDER

YEFRY RODRIGUEZ REYES,

Defendant.
-----------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

Upon the application of the government, consented to by defense counsel, the pretrial conference previously scheduled for October 27, 2026 is adjourned until December 1, 2026 at 12:00 p.m. in Courtroom 11D. I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial. My reasons for this finding are that the grant of the continuance is needed to permit the defendant adequate time to review discovery and allow the parties to continue plea negotiations regarding a pre-trial resolution. Accordingly, the time between today and December 1, 2026 is excluded.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
October 23, 2026